**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| AUTOSCRIBE CORPORATION, and POLLIN PATENT LICENSING, LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., and WELLS FARGO FINANCIAL, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)  **Civil Action No. 4:10-CV-202-JEG-TJS**<br>)<br>)<br>)  **ORAL ARGUMENT & EXPEDITED**<br>)  **BRIEFING REQUESTED**<br>)<br>) |

## DEFENDANTS WELLS FARGO'S MOTION TO DISQUALIFY ATTORNEY MICHAEL C. GILCHRIST AND THE LAW FIRM OF MCKEE, VOORHEES & SEASE, P.L.C. AS COUNSEL FOR PLAINTIFFS

Wells Fargo Bank, N.A. and Wells Fargo Financial, Inc. (collectively, hereafter "Wells Fargo") hereby move to disqualify Michael C. Gilchrist, and the law firm of McKee, Voorhees & Sease, P.L.C. ("McKee"), from representing Plaintiffs Autoscribe Corporation and Pollin Patent Licensing, LLC (collectively, "Autoscribe") in this litigation.  In support of this motion, Wells Fargo relies upon the Memorandum in Support of its Motion and the Declaration of Brian J. Laurenzo submitted concurrently herewith.  Wells Fargo requests oral argument.

Respectfully submitted this September 10, 2010.

          /s/ Brian J. Laurenzo
Brian J. Laurenzo – AT0004513
Rush Nigut - AT0005794
BRICK GENTRY P.C.
6701 Westown Parkway, Ste 100
West Des Moines, IA  50266
Telephone: 515-274-1450
Fax: 515-274-1488
Email: brian.laurenzo@brickgentrylaw.com

Stephen E. Baskin
Frederick L. Whitmer
Steven Gardner
KILPATRICK STOCKTON LLP
607 14th Street, NW, Suite 900
Washington, DC  20005-2018
Telephone: (202) 508-5800
Facsimile:  (202) 508-5858
Email:  sbaskin@kilpatrickstockton.com

*Attorneys for Defendants Wells Fargo Bank, N.A.
and Wells Fargo Financial, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of September, 2010, I electronically filed the foregoing **DEFENDANTS WELLS FARGO'S MOTION TO DISQUALIFY ATTORNEY MICHAEL C. GILCHRIST AND THE LAW FIRM OF MCKEE, VOORHEES & SEASE, P.L.C. AS COUNSEL FOR PLAINTIFFS** with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Michael C. Gilchrist
Edmund J. Sease
Jeffrey D. Harty
McKEE, VOORHEES & SEASE, P.L.C.
801 Grand Avenue, Suite 3200
Des Moines, IA 50309

ATTORNEYS FOR PLAINTIFFS

       ___/s/ Brian J. Laurenzo_____
       Brian J. Laurenzo – AT0004513
       Rush Nigut - AT0005794
       BRICK GENTRY P.C.
       6701 Westown Parkway, Ste 100
       West Des Moines, IA  50266
       Telephone: 515-274-1450
       Fax: 515-274-1488
       Email: brian.laurenzo@brickgentrylaw.com

**LR 7(l) CERTIFICATION**

The undersigned hereby certifies that counsel for the Wells Fargo Defendants have conferred in good faith with opposing counsel as required in Local Rule 7(l), and state that this motion is opposed.  On August 20, 2010, counsel for Defendants sent counsel for Plaintiffs detailed correspondence pertaining to this issue and requesting their voluntary withdrawal. Counsel for Plaintiffs returned correspondence on August 24, 2010 stating their refusal to withdraw.  Additional correspondence was exchanged between the parties on this issue, and that correspondence is attached hereto as Exhibit A.  The correspondence clearly illustrates that the parties are at an impasse on this issue, thus leaving an open issue for the Court to resolve.

   /s/ Brian J. Laurenzo
Brian J. Laurenzo – AT0004513
Rush Nigut - AT0005794
BRICK GENTRY P.C.
6701 Westown Parkway, Ste 100
West Des Moines, IA  50266
Telephone: 515-274-1450
Fax: 515-274-1488
Email: brian.laurenzo@brickgentrylaw.com