**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

|  |  |
|---|---|
| AUTOSCRIBE CORPORATION, and POLLIN PATENT LICENSING, LLC,<br><br>            Plaintiffs,<br><br>      v.<br><br>WELLS FARGO BANK, N.A., and WELLS FARGO FINANCIAL, INC.,<br><br>            Defendants. | )<br>)<br>)<br>)  Civil Action No. 4:10-cv-202-JEG-TJS<br>)<br>)  Judge James E. Gritzner<br>)<br>)  Magistrate Judge Thomas J. Shields<br>)<br>)<br>)<br>)<br>) |

## SCHEDULING ORDER AND DISCOVERY PLAN

Counsel have conferred and submit the following case information and proposed dates for case management:

1. Did the parties enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures? __X__ yes ____no. If you answer "no," state whether any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures:____yes _____no. If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 10 days after this order and plan has been filed, serve and file a document in which the objections are set forth with particularity. If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made: **December 29, 2010.**

2. Deadline for motions to add parties: **March 2, 2011.**

3. Deadline for motions to amend pleadings:   **March 2, 2011.**

4. Expert disclosures:   a) Initial (Burden of Proof) Expert Reports:  **September 23, 2011.**
                         b) Rebuttal Expert Reports:   **October 28, 2011.**

5. Deadline for completion of discovery: **December 2, 2011**.

6. Dispositive motions deadline (at least 120 days before Trial Ready Date): **January 13 2012.**

7. Trial Ready Date (at least 120 days after Dispositive Motions Date): **May 14, 2012.**

8. Has a jury demand been filed? __X__ yes   _____ no

9. Estimated length of trial:  10 days

10. Settlement conference (choose one of the following): (a) ___A court-sponsored settlement conference should be set by the court at this time for a date after: _____; or (b) __X__A court-sponsored settlement conference is not necessary at this time.

11. Should the court order a court-sponsored scheduling and planning conference pursuant to Fed.R.Civ.P. 16(b) and 26(f)?  __X__ yes   _____ no

12. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28:U.S.C. § 636(c)(3)? _____ yes   __X__ no

13. The parties also jointly agree to and propose to the Court for consideration the patent-oriented discovery plan attached hereto as Exhibit A.


*/s/Laura A. Kenneally*
William W. Graham (AT0002953)
Aimee R. Campbell (AT0006421)
GRAHAM, ERVANIAN &
CACCIATORE, LLP
317 Sixth Avenue, Suite 900
Des Moines, IA 50309
(515) 244-9400
Fax: (515) 282-4235
wwg@grahamlawiowa.com
arc@grahamlawiowa.com

Raymond P. Niro (rniro@nshn.com)
Robert A. Vitale, Jr. (vitale@nshn.com)
Patrick F. Solon (solon@nshn.com)
Laura A. Kenneally (lkenneally@nshn.com)
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137

***ATTORNEYS FOR PLAINTIFFS,
AUTOSCRIBE CORPORATION and
POLLIN PATENT LICENSING, LLC***

*/s/Stephen E. Baskin*
Steven Gardner
Jon Pierce
KILPATRICK STOCKTON, LLP
1001 West Fourth Street
Winston-Salem, NC  27101-2400
Phone:  (336) 607-7483
Fax:  (336) 734-2650
SGardner@KilpatrickStockton.com

Brian Joseph Laurenzo
Rush Nigut
BRICK GENTRY, P.C.
6701 Westown Parkway, Suite 100
West Des Moines, IA  50309
Phone:  (515) 274-1450
Fax:  (515) 274-1488
brian.laurenzo@brickgentrylaw.com
rush.nigut@brickgentrylaw.com

Stephen Eric Baskin
KILPATRICK STOCKTON, LLP
Suite 900, 607 14th Street, NW
Washington, D.C. 20005-2018
Phone:  (202) 508-5899
Fax:  (202) 585-0044
sbaskin@kilpatrickstockton.com

      Frederick L. Whitmer
      KILPATRICK STOCKTON, LLP
      31 West 52nd Street, 14th Floor
      New York, NY  10019
      Phone:  (212) 775-8700
      Fax:  (212) 775-8800
      fwhitmer@kilpatrickstockton.com

      ***ATTORNEYS FOR WELLS FARGO BANK, N.A., and WELLS FARGO FINANCIAL, INC.***

## JUDGE'S REVISIONS

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

**IT IS ORDERED** that this proposed Scheduling Order and Discovery Plan
_____ **is** _____ **is not** approved and adopted by this court.

**IT IS FURTHER ORDERED** that a scheduling and planning conference:

   ___   will not be scheduled at this time.

   ___   will be held in the chambers of Judge _____ at the U.S. Courthouse in _____, Iowa, on the _____ day of _____, at _____ o'clock, ___.m.

   ___   will be held by telephone conference, initiated by the court, on the _____ day of _____, at _____ o'clock, ___.m.

**DATED** this _____ day of _____.

                                             _____
                                             MAGISTRATE JUDGE
                                             UNITED STATES DISTRICT COURT

**ORDER OF REFERENCE**

**IT IS HEREBY ORDERED** that this case is referred to a U.S. Magistrate Judge for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the consent of the parties.

**DATED** this _____ day of _____.

_____
UNITED STATES DISTRICT JUDGE