IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

AUTOSCRIBE CORPORATION and
POLLIN PATENT LICENSING, LLC,

                    Plaintiffs,

v.

WELLS FARGO BANK, N.A. and WELLS
FARGO FINANCIAL, INC.,

                    Defendants.

Case No. 4:10-cv-00202-JEG-TJS

Judge James E. Gritzner
Magistrate Judge Thomas J. Shields

## JOINT CLAIM CONSTRUCTION STATEMENT

In accordance with the Scheduling Order and Discovery Plan (Dkt. No. 80), Plaintiffs

Autoscribe Corporation and Pollin Patent Licensing, LLC ("Autoscribe") and Defendants Wells

Fargo Bank, N.A. and Wells Fargo Financial, Inc. ("Wells Fargo"), hereby submit their Joint

Claim Construction Statement which identifies the parties' positions on claim construction.

| Terms | Claim(s) | Plaintiffs' Proposed Constructions | Defendants' Proposed Constructions |
|---|---|---|---|
| system operator | '315 patent, claim 10<br>'171 patent, claim 6<br>'171 patent, claim 12 | One or more persons that receive specified information from a payer by telephone and provide it to the system. | One or more persons representing the payee who operate the computing system and conduct a telephone conversation with the payer. |

| Terms | Claim(s) | Plaintiffs' Proposed Constructions | Defendants' Proposed Constructions |
|---|---|---|---|
| payment order;<br><br>order to pay; | '315 patent, claim 10<br><br>'171 patent, claim 6 | "An instruction of a sender to a receiving bank, transmitted orally, electronically or in writing, to pay, or to cause another bank to pay, a fixed or determinable amount of money to a beneficiary if: the instruction does not state a condition to payment to the beneficiary other than time of payment; the receiving bank is to be reimbursed by debiting an account of, or otherwise receiving payment from, the sender; and the instruction is transmitted by the sender directly to the receiving bank or to an agent, funds-transfer system or communication system for transmittal to the receiving bank." | "Payment order" is a term of art in the banking industry.  The Uniform Commercial Code has defined "payment order" since the time of the original application as: "An instruction of a sender to a receiving bank, transmitted orally, electronically or in writing, to pay, or to cause another bank to pay, a fixed or determinable amount of money to a beneficiary if: the instruction does not state a condition to payment to the beneficiary other than the time of payment; the receiving bank is to be reimbursed by debiting an account of, or otherwise receiving payment from, the sender; and the instruction is transmitted by the sender directly to the receiving bank or to an agent, funds transfer system or communication system for transmittal to the receiving bank." |

| Terms | Claim(s) | Plaintiffs' Proposed Constructions | Defendants' Proposed Constructions |
|---|---|---|---|
| order to transfer | '171 patent, claim 12 | An instruction to transfer funds from a payer's demand deposit account to a payee. | "Payment order" is a term of art in the banking industry.  The Uniform Commercial Code has defined "payment order" since the time of the original application as: "An instruction of a sender to a receiving bank, transmitted orally, electronically or in writing, to pay, or to cause another bank to pay, a fixed or determinable amount of money to a beneficiary if: the instruction does not state a condition to payment to the beneficiary other than the time of payment; the receiving bank is to be reimbursed by debiting an account of, or otherwise receiving payment from, the sender; and the instruction is transmitted by the sender directly to the receiving bank or to an agent, funds transfer system or communication system for transmittal to the receiving bank." |

| Terms | Claim(s) | Plaintiffs' Proposed Constructions | Defendants' Proposed Constructions |
|---|---|---|---|
| computing system | '315 patent, claim 10<br>'171 patent, claim 6<br>'171 patent, claim 12 | Computer hardware and software including at least a computer, display device and input device. | Computer hardware running with the required software including at least a computer, display screen, input device (e.g., keyboard, mouse), and associated printer. |
| payer who has not previously authorized payments to payee by telephone | '315 patent, claim 10<br>'171 patent, claim 6 | Plaintiffs contend that this phrase does not need construction and should be given its ordinary and customary meaning. | A stranger, that is, a person who does not have an existing account and credit relationship with the operator of the computing system. |
| payer previously unknown to the computing system | '171 patent, claim 12 | Payer whose financial account and financial institution identification code are not known to the system at the time of the transaction. | A stranger, that is, a person who does not have an existing account and credit relationship with the operator of the computing system. |
| central clearing system<br><br><br>automated clearing system | '315 patent, claim 10<br>'171 patent, claim 6<br><br><br>'171 patent, claim 12 | An automated central clearinghouse for transfer of funds (ACH). | A funds-transfer system. |

*/s/Laura A. Kenneally*
William W. Graham (AT0002953)
Aimee R. Campbell (AT0006421)
GRAHAM, ERVANIAN &
CACCIATORE, LLP
317 Sixth Avenue, Suite 900
Des Moines, IA 50309
(515) 244-9400
Fax: (515) 282-4235
wwg@grahamlawiowa.com
arc@grahamlawiowa.com

Raymond P. Niro (rniro@nshn.com)
Robert A. Vitale, Jr. (vitale@nshn.com)
Patrick F. Solon (solon@nshn.com)
Laura A. Kenneally (lkenneally@nshn.com)
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137

**ATTORNEYS FOR PLAINTIFFS,
AUTOSCRIBE CORPORATION and
POLLIN PATENT LICENSING, LLC**

*/s/Stephen E. Baskin*
Frederick L. Whitmer
KILPATRICK TOWNSEND &
STOCKTON, LLP
31 West 52nd Street, 14th Floor
New York, NY 10019
Phone: (212) 775-8700
Fax: (212) 775-8800
fwhitmer@kilpatrickstockton.com

Brian Joseph Laurenzo
Rush Nigut
BRICK GENTRY, P.C.
6701 Westown Parkway, Suite 100
West Des Moines, IA 50309
Phone: (515) 274-1450
Fax: (515) 274-1488
brian.laurenzo@brickgentrylaw.com
rush.nigut@brickgentrylaw.com

Steven Gardner
Jon Pierce
KILPATRICK TOWNSEND & STOCKTON,
LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Phone: (336) 607-7483
Fax: (336) 734-2650
SGardner@KilpatrickStockton.com

Stephen Eric Baskin
KILPATRICK TOWNSEND &
STOCKTON, LLP
Suite 900, 607 14th Street, NW
Washington, D.C. 20005-2018
Phone: (202) 508-5899
Fax: (202) 585-0044
sbaskin@kilpatrickstockton.com

**ATTORNEYS FOR WELLS FARGO BANK,
N.A., and WELLS FARGO FINANCIAL,
INC.**

6